**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00957-CV

### BRIAN A. SMALE, Appellant

### V.

### JOHN S. SMALE, PAMELA ANN WILLIAMS, JASON L. WILLIAMS, AND MICHELLE WILLIAMS, Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-50581-2014

## ORDER

This is a pro se appeal from the trial court's July 18, 2015 order of dismissal. According to appellant's docketing statement, which was served on Evaleen M. Davis via email, appellees Pamela Ann Williams, Jason L. Williams, and Michelle Williams are represented by Ms. Davis. However, in an August 24, 2015 amended notice of nonrepresentation, Ms. Davis stated she represented appellee John S. Smale, who is deceased, in the trial court but is not "represent[ing] anyone in connection with this matter." In a supplement to the amended nonrepresentation notice, Ms. Davis stated that she "received by email a document purporting to show [appellant] appearing on behalf of the estate of John S. Smale."

Generally, if a party to a civil case dies after the trial court renders judgment but before the case has been finally disposed on appeal, the appeal will proceed as if all parties were alive. *See* TEX. R. APP. P. 7.1(a)(1). Although the clerk's record has not been filed, documents filed in another case involving the same parties reflect John S. Smale died April 9, 2014, before the trial court rendered judgment in this case. Where a party dies before the decision of the trial court is rendered, Texas Rules of Civil Procedure 150-155 apply. *See* TEX. R. CIV. P. 150-155.

To better understand the posture of this case and because the appellate record is not due until November 16, 2015, we **ORDER** Collin County District Clerk Andrea Stroh Thompson to file, no later than September 25, 2015, a supplemental clerk's record containing the latest filed pleadings by all parties, the trial court's docket sheet, and all orders of the trial court, including the July 18, 2015 order of dismissal. We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court; Ms. Thompson; Ms. Davis; and Brian A. Smale. We further **DIRECT** the Clerk to send a copy to Pamela Smale Williams at wizardress.of.aahs@gmail.com and Jason Lawrence Williams at jwilliams9106@yahoo.com.

/s/     CRAIG STODDART
          JUSTICE